■ In the Matter of the Claim of CORNELIUS LIPSKY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Appeal by the claimant from a decision of the Unemployment Insurance Appeal Board ruling claimant's benefit rate to be reduced pursuant to section 600 of the Labor Law

from $65 weekly to $19 weekly because he received a pension or retirement payment under a plan wholly financed by the employer. Determination of this appeal previously withheld (*Matter of Lipsky [Catherwood]*, 36 A D 2d 870) and reargument had to consider the application and effect of *Matter of Guilfoyle [Dow Jones & Co. — Catherwood]* (36 A D 2d 108). Claimant's contentions are without merit and the record contains substantial evidence to sustain the board's determination (Labor Law, § 623; *Matter of Steiner [Catherwood]*, 31 A D 2d 669, affd. 25 N Y 2d 819) if claimant was in fact "retired" within the meaning of section 600 of the Labor Law (see *Matter of Guilfoyle [Dow Jones & Co. — Catherwood]*, *supra*). Since the record is incomplete on this crucial question and the pension plan was first submitted upon reargument, we must remand for a determination whether claimant was "retired" under section 600 of the Labor Law upon the facts and circumstances here in accordance with *Matter of Guilfoyle (Catherwood) (supra)*. Decision reversed, and matter remitted for further proceedings not inconsistent herewith, without costs. Reynolds, J. P., Aulisi, Staley, Jr., Cooke and Simons, JJ., concur.